# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JANIE CARDOZA,<br><br>  Plaintiff,<br>v.<br><br>MEDICREDIT, INC.,<br><br>  Defendant. | Case No. 3:17-cv-03462-G-BN<br><br>Honorable Judge A. Joe Fish |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff JANIE CARDOZA, and the Defendant, MEDICREDIT, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against MEDICREDIT, INC. , pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 26, 2018            Respectfully Submitted,

| | |
|---|---|
| **JANIE CARDOZA** | **MEDICREDIT, INC.** |
| /s/ Nathan C. Volheim | /s/ Jeremy W. Hays (*with consent*) |
| Nathan C. Volheim | Jeremy W. Hays |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | Ogletree, Deakins, Nash Smoak & Stewart |
| 2500 S. Highland Avenue, Suite 200 | 8117 Preston Road, Suite 500 |
| Lombard, Illinois 60148 | Dallas, TX 75225 |
| Phone: (630) 575-8181 | Phone: (214) 313-2807 |
| Fax :(630) 575-8188 | jeremy.hays@ogletree.com |
| nvolheim@sulaimanlaw.com | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim
